IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DIRECTV, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 03-0464-CV-W-DW |
| v. | ) |
| BRUCE BRONFMAN, et al., | ) |
| Defendants. | ) |

## ORDER

The Plaintiff has submitted its notice of Voluntary Dismissal with Prejudice of Defendant Marc Bair pursuant to Federal Rule of Civil Procedure 41(a)(1)(I) (Doc. 56).

Accordingly, the Plaintiff's claims against Bair are DISMISSED WITH PREJUDICE, with each party bearing any costs or fees. Marc Bair shall be dismissed as a Defendant in this action.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: November 14, 2005